IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHARLES C. REED, JR., | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| vs. | ) | No. CIV-08-689-C |
| | ) | |
| DAVID PARKER, Warden, | ) | |
| | ) | |
| Respondent | ) | |

ORDER OF DISMISSAL

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on September 2, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the petition for writ of habeas corpus dismissed for lack of jurisdiction. A judgment shall enter accordingly.

IT IS SO ORDERED this 30th day of September, 2008.

ROBIN J. CAUTHRON
United States District Judge